UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 2 4 2018
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. |
| JESSICA MAYS, | ) **4:18CR00626 PLC** |
| Defendant. | ) |

## INFORMATION

### COUNT I
### (UNLAWFUL DELAY OF MAIL)

The United States Attorney charges that:

On or about January 12, 2018, in Saint Louis City, located within the Eastern District of Missouri,

**JESSICA MAYS,**

defendant herein, having taken charge of United States mail to be delivered to mail addresses, voluntarily detained, destroyed, delayed and opened United States mail intended for delivery via City Routes 1015, 18052.

All in violation of Title 18, United States Code, Section 1703(a).

JEFFREY B. JENSEN
United States Attorney

_____
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102

UNITED STATES OF AMERICA    )
EASTERN DIVISION    )
EASTERN DISTRICT OF MISSOURI    )

I, Dianna R. Collins, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
DIANNA R. COLLINS

Subscribed and sworn to before me this 24th day of July 2018.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK